**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ROBBIN L. BANISTER,

       Plaintiff,

vs.                                           No. CV 21-00177 KG/JHR

MRS. TRIVO,
et al.,

       Defendants.

## <u>ORDER TO CURE DEFICIENCY</u>

Plaintiff has submitted a civil rights complaint. The Court determines that Plaintiff's submission is deficient because Plaintiff has not paid the $402.00 filing fee or filed an Application to Proceed in District Court Without Prepaying Fees or Costs in proper form. Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (Doc. 2) that does not comply with the requirements under 28 U.S.C. § 1915 for proceeding *in forma* pauperis in federal court. The Motion and Affidavit is not made under penalty of perjury, is not signed by Plaintiff, and does not include any financial information or the 6-month inmate account statement required by §§ 1915(a) and (b). Plaintiff must cure this deficiency within thirty (30) days from entry of this Order by *either* paying the full $402.00 civil filing fee *or* submitting a proper Application to Proceed in District Court Without Prepaying Fees or Costs including a certified copy of Plaintiff's inmate account statement for the 6-month period immediately preceding this filing. *See* 28 U.S.C. § 1915(a)(2). Failure to cure the designated deficiency within thirty (30) days from entry of this Order may result in dismissal of this action without further notice.

1

IT IS ORDERED that within thirty (30) days of entry of this Order, Plaintiff *either* pay the full $402.00 civil filing fee *or* submit a proper Application to Proceed in District Court Without Prepaying Fees or Costs that includes a certified copy of Plaintiff's inmate account statement for the 6-month period immediately preceding this filing; and the Clerk is directed to mail to Plaintiff a copy of this order and 2 copies of an Application to Proceed in District Court Without Prepaying Fees or Costs with instructions.

_____
UNITED STATES MAGISTRATE JUDGE